UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 06-CV-13039
vs.                                    HON. GEORGE CARAM STEEH

TONI ROBINSON,

        Defendant.

_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE (#2)

        Plaintiff moves for substituted service to be made upon defendant Toni Robinson, proffering a process server's verified statements that personal service was attempted three times, without success, upon defendant Robinson at the home address of 8315 Crestview Dr., Sterling Heights, Michigan, 48312.  Service upon an individual situated within this federal judicial district may be effected pursuant to the law of Michigan.  Fed. R. Civ. P. 4(e)(1).  Michigan law provides that "[o]n a showing that service of process cannot reasonably be made as provided by this rule, the court may by order permit service of process to be made in any other manner reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard."  M.C.R. 2.105(I)(1).  Plaintiff seeks alternative service by means of mailing by first class mail and certified mail (return receipt requested), and also posting a copy of the summons and complaint to Robinson's residential door.

        Plaintiff has attempted to personally serve defendant on three occasions and has

verified that mail is delivered to defendant at 8315 Crestview Dr. Sterling Heights, MI, 48312. Accordingly,

    Plaintiff's motion for substituted service is hereby GRANTED.

    SO ORDERED.

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

Dated: September 27, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 27, 2006, by electronic and/or ordinary mail.

                                s/Josephine Chaffee
                                Secretary/Deputy Clerk